FILED
2004 NOV 17  P 1: 51
U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VS. | : NO. 3:02CR341(EBB) |
| DAVID BROWN | : OCTOBER 27, 2004 |

## WAIVER OF SPEEDY TRIAL

The defendant, David Brown, hereby waives those rights accorded to him by the Speedy Trial Act of 1974, 18 U.S.C. §3161(h)(8)(A) and the Local Speedy Trial Plan, and requests that the time period from September 14, 2004, through January 11, 2005, be excluded from the speedy trial calculations to permit him to review discovery, investigate various matters, and file pre-trial motions.

In support of this waiver, the defendant states as follows:

He is represented by and has consulted with his attorney concerning this waiver;

He understands that by signing this waiver, he will be giving up those rights accorded him by the Speedy Trial Act and the Local Speedy Trial Plan; and

He requests that the Court find that the requested continuance is in the best interests of the defendant and outweighs his interest and the public's interest in a speedy trial, and the court will find that period of delay from September 14, 2004, through January 11, 2005, should be excluded.

_____      11/15/04
David Brown                                           Date

_____      11/10/04
Richard S. Cramer                                  Date

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 15th day of November 2004 to:

Jonathan Biran
Assistant U. S. Attorney
P.O. Box 1824
New Haven, CT 06508

Alan Sobol, Esq.
O'Connell Flaherty & Attmore
280 Trumbull Street
Hartford, CT 06103

Edmund Q. Collier, Esq.
771 Boston Post Road
Milford, CT 06460

Michael S. Hillis, Esq.
205 Whitney Avenue
New Haven, CT 06511

Salvatore Depiano, Esq.
56 Lyon Terr
Bridgeport, CT 06604

Thomas G. Dennis
Federal Public Defender
10 Columbus Boulevard
Hartford, CT 06106

Jeffrey Olgin, Esq.
74 Rose Hill Road
Branford, CT 06405

John J. Kelly, Esq.
378 Boston Post Road
P.O. Drawer 966
Orange, CT 06477

David J. Wenc, Esq.
P.O. Box 306
Windsor Locks, CT 06096

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT 06511

Ethan A. Levin-Epstein, Esq.
405 Orange Street
New Haven, CT 06510

_____
Richard S. Cramer