UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2005 FEB -9  A 7 41

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES OF AMERICA       :

    v.        : NO. 3:02CR341(EBB)

SHORELINE MOTORS CORPORATION :
ANGEL HERNANDEZ, BRUCE VETRE,
DAVID BROWN, RICHARD BROWN,  :
NELSON DATIL, RICHARD DOMINGUEZ,
DARIEL PEREZ TORRES, and   :
MICHAEL RIVERA

### RULING ON GOVERNMENT'S MOTION TO CONTINUE START OF EVIDENCE

The government has moved to continue the start of evidence in this case from April 13, 2005, to April 25, 2005. The court's trial schedule will not accommodate such a delay. However, the trial will not be held on Friday, April 15, 2005, to accommodate counsel's schedule. Accordingly, the motion [Doc. No. 351] is granted in part and denied in part.

SO ORDERED.

_____
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this 8th day of February, 2005.

AO 72A
(Rev.8/82)