UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | NO. 3:02CR341 (EBB) |
| DAVID BROWN | : | MARCH 28, 2005 |

## MOTION TO CONTINUE JURY SELECTION

The defendant hereby moves for a two month continuance for the selection of the jury and trial in the above-captioned matter.

Only within the past week has the Government been submitting to defense counsel voluminous amounts of discovery material not previously disclosed. The defendant, unlike other defendants in the case, does not reside in Connecticut but in Memphis, Tennessee. The undersigned counsel is a solo practitioner and has other court and legal commitments which could cause a delay in reviewing the discovery material and discussing it with the defendant. Defendant cannot sit down with his counsel in his office and go over the discovery material, but everything must be sent by mail to the defendant's home in Memphis, Tennessee. Under the circumstances of the case, the defendant cannot be ready for trial by April 12, 2005, and the undersigned cannot render effective assistance of counsel at that early a date.

WHEREFORE, the defendant respectfully requests the trial be continued for at least two months. The Government opposes the granting of this motion. Counsel for

Angel Hernandez concurs in the request for a continuance. Counsel was unable to determine the position of counsel for Richard Brown and Nelson Datil.

WHEREFORE, the defendant also requests an immediate status conference on this issue, and the Government concurs with this request.

Respectfully submitted,

DEFENDANT, DAVID BROWN


By:_____
Richard S. Cramer
449 Silas Deane Highway
Wethersfield, CT 06109
Tel. (860) 257-3500
Federal Bar No. ct00016
Email: cramer @ snet.net