UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | NO. 3:02CR341 (EBB) |
| DAVID BROWN | : | APRIL 5, 2005 |

### DEFENDANT'S WITNESS LIST

1. Harold Oliver

2. Manny Fillindarkis
   8 Patterson Place
   Old Saybrook, CT

3. DMV Representative Who Conducted Search of Premises of Shoreline Mitsubishi

4. James Jarmon

Respectfully submitted,

DEFENDANT, DAVID BROWN

By:_____
Richard S. Cramer
449 Silas Deane Highway
Wethersfield, CT 06109
Federal Bar No. ct00016
Tel. (860) 257-3500
Email: cramer @ snet.net