UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NUMBER: 3:02CR341 (EBB) |
| | : | |
| v. | : | April 12, 2005 |
| | : | |
| ANGEL HERNANDEZ ET AL. | : | |

## UNITED STATES' WITNESS LIST

    The United States, through the undersigned Assistant United States Attorneys, hereby submits the Government's anticipated witness list for its case-in-chief in the above-captioned case.

1. Special Agent Christine Martin
   Federal Bureau of Investigation
   530 Preston Avenue, Building #1
   Meriden, CT 06450

2. Special Agent Alicia Wojtkonski
   Federal Bureau of Investigation
   530 Preston Avenue, Building #1
   Meriden, CT 06450

3. Special Agent Matthew O'Neill
   U.S. Secret Service - Washington, DC
   245 Murray Drive, Building 410
   Washington, DC 20223

4. Kevin Potter
   68 Dorset Lane
   Madison, CT

5. Jeffrey Lucas
   334 Exchange Street, Apt. 3
   New Haven, CT 06513

6. Julia Davila
   105 Farren Avenue
   New Haven, CT

7. Francis Bondoc
   294 Clendenny Avenue
   Jersey City, NJ 07304

8. Pamela Bozzuto
   690 Plainville Avenue
   Farmington, CT

9. Marie Aurigemma (formerly Marie Bozzuto)
   53 Colony Street
   Bristol, CT 06010

10. Royce Sullivan
    4338 Spring Oak Drive
    San Antonio, TX 78219

11. Rosa Santana
    135 Columbus Circle
    #B1
    East Hartford, CT

12. Maria Agosto
    50 Adams Street
    East Hartford, CT

13. Israel Truth South
    162 Rangely Street
    West Haven, CT

14. Tania Mollison
    16 Knox Street
    West Haven, CT

15. Bienvenido Montalvo
    85 Heath Street
    Hartford, CT

16. Carmen Montalvo
    85 Heath Street
    Hartford, CT

17. Tara Iuteri
    24 Perrotti Lane
    Palm Coast, FL 32164

18. Susan Esposito
    75 Redwood
    East Haven, CT

19. Paul DiMauro
    9 S. Dale St.
    East Haven, CT 06513

20. Genevieve DiMauro
    9 S. Dale St.
    East Haven, CT 06513

21. Albert Richard
    17 Betts Place
    East Norwalk, CT 06855

22. Angela Richard
    17 Betts Place
    East Norwalk, CT 06855

23. Theresa Nayagam
    6 Lenore Drive
    Norwalk, CT

24. Orlando Molina
    131 Taft Avenue Apt. 2
    West Haven, CT

25. Michele Perry
    306 Pine Rock Ave. D14
    Hamden, CT

26. Kelly Matthews
    234 Monticello Avenue
    Branford, CT 06405

27. Michael Mauriello
    234 Monticello Avenue
    Branford, CT 06405

28. Gary Vaught
    18 Lucerne Drive
    Willington, CT 06279

29. Elizabeth Rivera
    94 Belden Street
    New Britain, CT 06051

30. Nertha Ortiz
    119 Glen Street
    New Britain, CT

31. Gwendolyn Morgan
    430 Barbour Street
    Hartford, CT 06120

32. Lisa Browdy
    22 Livingston Road
    East Hartford, CT  06108

33. Michael Vaught
    713 Trailwood Drive
    Altamonte Springs, FL 32714

34. Frances Diggs
    75 Seneca Road
    New Haven, CT 06515

35. Pedro Torres
    105 Crown Street, 1st Fl.
    Meriden, CT

36. Awilda Torres
    105 Crown Street, 1st Fl.
    Meriden, CT

37. Danielle Fowler
    39 Hollywood Ave.
    West Hartford, CT

38. Ana Burgos
    39 Hollywood Ave.
    West Hartford, CT

39. Juanita Binns
    19 Boxwood Court, #4
    Waterbury, CT 06705

40. Jose Espinosa
    c/o David R. Kritzman, Esq.
    Beck and Eldergill, P.C.
    447 Center Street
    Manchester, CT 06040

41. Jose Concepcion
    c/o John J. Kelly, Esq.
    Cantor, Floman, Gross, Kelly & Sacramone, P.C.
    378 Boston Post Road
    Orange, CT 06477

42. Richard Dominguez
    c/o Salvatore DePiano, Esq.
    Edward F. Czepiga II, Esq.
    56 Lyon Terrace
    Bridgeport, CT 06604

43. Dariel Perez Torres
    c/o Ethan Levin-Epstein, Esq.
    Garrison, Levin-Epstein, Chimes & Richardson, P.C.
    405 Orange Street
    New Haven, CT 06511

44. Victor Serrano
    2 Fenwick Place
    Norwalk, CT 06855

45. James Clanton
    c/o David J. Wenc, Esq.
    Wenc Law Offices
    44 Main Street, P.O. Box 306
    Windsor Locks, CT 06096-0306

46. Bruce Vetre
    c/o Alan J. Sobol, Esq.
    O'Connell, Flaherty & Attmore, L.L.C.
    280 Trumbull Street
    Hartford, CT 06103-3598

47. Louis Pierro
    c/o Harold F. McGuire, Jr., Esq.
    Entwistle and Cappucci LLP
    299 Park Avenue, 14th Floor
    New York, NY 10171

48. Verna Zichichi
    c/o Lawrence J. Greenberg, Esq.
    Bernblum & Greenberg
    142 Temple Street
    New Haven, CT 06510

49. Steven Van Overen
    c/o Suzanne Hall, Esq.
    Mitsubishi Motors Credit of America, Inc.
    6363 Katella Avenue
    Cypress, CA 90630

50. Greg Stiff
    c/o Suzanne Hall, Esq.
    Mitsubishi Motors Credit of America, Inc.
    6363 Katella Avenue
    Cypress, CA 90630

51. Kimberly Davis
    27 Bellview Lane
    Palm Coast, FL

52. Jennie Davis
    10A Rose Circle
    Middletown, CT

53. Sonia Aponte
    43 Maltby Place
    1st Floor
    New Haven, CT  06513

54. Kai Armstrong
    269 McGrath Court
    Stratford, CT 06615

55. Barbara Armstrong
    125 Woodlawn Ave.
    Bridgeport, CT

56. Victor Berrios
    250 Peat Meadow Road
    New Haven, CT 06513

57. Blanca Berrios
    250 Peat Meadow Road
    New Haven, CT 06513

58. Bruce Biron
    791 West Main Street
    Meriden, CT 06451

59. Lisa Biron
    1001 Old Colony Road
    Meriden, CT 06451

60. Robert Cimino
    New Haven Correctional Center
    245 Whalley Avenue
    P.O. Box 8000
    New Haven, CT 06530

61. Jessica Torres
    197 Clinton Avenue
    New Haven, CT 06513

62. Jose Santiago
    813 Campbell Avenue
    West Haven, CT 06516

63. Rafael Bonilla
    1143 Quinnipiac Avenue
    New Haven, CT

64. Melissa Cardoso
    183 Blatchley Avenue
    New Haven, CT

65. Nicole Messina
    9 S. Dale St.
    East Haven, CT 06513

66. Melissa Bailey
    73 Pine Street
    Manchester, CT

67. Maria Ramos
    170 Sisson Ave.
    Hartford, CT

It is difficult to anticipate if there will be the need for rebuttal witnesses until the defendants present their cases, if any. The Government reserves the right to call as rebuttal witnesses other individuals who are not named on this list, if their testimony is relevant to rebut the defendants' case.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    JONATHAN BIRAN
    ASSISTANT U.S. ATTORNEY


    MICHAEL S. McGARRY
    Federal Bar No. ct25713
    United States Attorney's Office
    157 Church Street, 23rd Floor
    New Haven, CT 06510
    (202) 821-3700

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served this 12th day of April 2005, on the following counsel of record:

Jeffrey Olgin, Esq. (by hand)
74 Rose Hill Rd.
Branford, CT 06405
(counsel for Angel Hernandez)

Richard S. Cramer (by hand)
449 Silas Deane Highway
Wethersfield, CT 06109
(counsel for David Brown)

Michael S. Hillis, Esq. (by hand)
Dombroski Knapsack & Hillis LLC
129 Whitney Avenue
New Haven, CT 06511
(counsel for Richard Brown)

Jonathan J. Einhorn, Esq. (by hand)
412 Orange Street
New Haven, CT 06511
(counsel for Nelson Datil)

_____
JONATHAN BIRAN
ASSISTANT U.S. ATTORNEY