UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | NO. 3:02CR341 (EBB) |
| DAVID BROWN | : | APRIL 18, 2005 |

## MOTION TO SUBMIT INTERIM PAYMENTS

Undersigned counsel, hereby respectfully requests the Court allow him to submit interim billing because of the amount of work that will be involved and the fact that this is a multi-defendant case. The undersigned is a sole practitioner and it would, therefore, be difficult to await a final disposition of the case prior to submitting a bill.

Respectfully submitted,

By:_____
Richard S. Cramer
449 Silas Deane Highway
Wethersfield, CT 06109
(860) 257-3500
Federal Bar No. ct00016