UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | NO. 3:02CR341 (EBB) |
| DAVID BROWN | : | MAY 19, 2005 |

### DEFENDANT DAVID BROWN'S WAIVER OF ARRAIGNMENT

Pursuant to Crim. R. 10(b), the defendant, David Brown, waives his presence at the arraignment of the above-captioned case and states as follows:

1. He has been charged in a fourth superseding indictment.

2. He knowingly and voluntarily waives his right to be present at this arraignment and does so with the advice of counsel.

3. He has received a copy of the fourth superseding indictment in this case, and he pleads not guilty to all counts.

_____    Date:_____
David Brown

_____    Date:_____
Richard S. Cramer
Attorney for the Defendant