UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | NO. 3:024CR341 (EBB) |
| DAVID BROWN | : | APRIL 26, 2005 |

### WAIVER OF SPEEDY TRIAL

The defendant, David Brown, hereby waives those rights accorded to him by the Speedy Trial Act of 1974, 18 U.S.C. §3161(h)(8)(A) and the Local Speedy Trial Plan, and requests that the time period from April 12, 2005, through August 10, 2005, be excluded from the speedy trial calculations to permit him to review discovery, investigate various matters, and file pre-trial motions.

In support of this waiver, the defendant states as follows:

He is represented by and has consulted with his attorney concerning this waiver;

He understands that by signing this waiver, he will be giving up those rights accorded him by the Speedy Trial Act and the Local Speedy Trial Plan; and

He requests that the Court find that the requested continuance is in the best interests of the defendant and outweighs his interest and the public's interest in a speedy trial, and the court will find that period of delay from April 12, 2005, through August 10, 2005, should be excluded.

_____       _____
David Brown                                             Date


_____       _____
Richard S. Cramer                                       Date