**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| -vs- | : | Criminal No. 3:02 cr 341 (EBB) |
| | : | |
| DAVID BROWN | : | |

ENDORSEMENT ORDER ON WAIVER OF SPEEDY TRIAL (DOC. #465)

_____The Court finds that the period of time between April 12, 2005 and August 10, 2005 is hereby excluded from the speedy trial calculation, as in the interest of justice, pursuant to Title 18, U.S.C. Section 3161(h)(8).

SO ORDERED.

Dated at New Haven, Connecticut, April 19, 2005.

/s/_____
Ellen B. Burns, Senior
United States District Judge