UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NUMBER: 3:02CR341 (EBB) |
| | : | |
| v. | : | August 5, 2005 |
| | : | |
| ANGEL HERNANDEZ ET AL. | : | |

**UNITED STATES' SECOND AMENDED WITNESS LIST**

The United States, through the undersigned Assistant United States Attorneys, hereby submits the Government's anticipated witness list for its case-in-chief in the above-captioned case. The only changes that have been made on this list is that we have added Doreen Alfano, who worked as Shoreline Mitsubishi's office manager, who will be called to authenticate certain records of Shoreline Motors Corporation if stipulations are not reached with the defendants concerning such records.

1.  Special Agent Alicia Wojtkonski
    Federal Bureau of Investigation
    530 Preston Avenue, Building #1
    Meriden, CT

2.  Kevin Potter
    68 Dorset Lane
    Madison, CT

3.  Jeffrey Lucas
    334 Exchange Street, Apt. 3
    New Haven, CT 06513

4.  Julia Davila
    105 Farren Avenue
    New Haven, CT

5. Pamela Bozzuto
   690 Plainville Avenue
   Farmington, CT

6. Marie Aurigemma (formerly Marie Bozzuto)
   53 Colony Street
   Bristol, CT 06010

7. Royce Sullivan
   4338 Spring Oak Drive
   San Antonio, TX 78219

8. Rosa Santana
   135 Columbus Circle
   #B1
   East Hartford, CT

9. Maria Agosto
   50 Adams Street
   East Hartford, CT

10. Israel Truth South
    162 Rangely Street
    West Haven, CT

11. Tania Mollison
    16 Knox Street
    West Haven, CT

12. Bienvenido Montalvo
    85 Heath Street
    Hartford, CT

13. Carmen Montalvo
    85 Heath Street
    Hartford, CT

14. Tara Iuteri
    24 Perrotti Lane
    Palm Coast, FL 32164

15. Susan Esposito
    75 Redwood
    East Haven, CT

16. Paul DiMauro
    9 S. Dale St.
    East Haven, CT 06513

17. Nicole Messina
    9 S. Dale St.
    East Haven, CT 06513

18. Genevieve DiMauro
    9 S. Dale St.
    East Haven, CT 06513

19. Albert Richard
    17 Betts Place
    East Norwalk, CT 06855

20. Angela Richard
    17 Betts Place
    East Norwalk, CT 06855

21. Theresa Nayagam
    6 Lenore Drive
    Norwalk, CT

22. Orlando Molina
    131 Taft Avenue Apt. 2
    West Haven, CT

23. Michelle Perry
    306 Pine Rock Ave. D14
    Hamden, CT

24. Kelly Matthews
    234 Monticello Avenue
    Branford, CT 06405

25. Michael Mauriello
    234 Monticello Avenue
    Branford, CT 06405

26. Gary Vaught
    18 Lucerne Drive
    Willington, CT 06279

27. Elizabeth Rivera
    94 Belden Street
    New Britain, CT 06051

28. Gwendolyn Morgan
    430 Barbour Street
    Hartford, CT 06120

29. Lisa Browdy
    22 Livingston Road
    East Hartford, CT  06108

30. Michael Vaught
    713 Trailwood Drive
    Altamonte Springs, FL 32714

31. Frances Diggs (formerly Frances Vaught)
    75 Seneca Road
    New Haven, CT 06515

32. Danielle Fowler
    39 Hollywood Ave.
    West Hartford, CT

33. Ana Burgos
    39 Hollywood Ave.
    West Hartford, CT

34. Juanita Binns
    19 Boxwood Court, #4
    Waterbury, CT 06705

35. Jose Espinosa
    c/o David R. Kritzman, Esq.
    Beck and Eldergill, P.C.
    447 Center Street
    Manchester, CT 06040

36. Jose Concepcion  
 c/o John J. Kelly, Esq.  
 Cantor, Floman, Gross, Kelly & Sacramone, P.C.  
 378 Boston Post Road  
 Orange, CT 06477

37. Richard Dominguez  
 c/o Salvatore DePiano, Esq.  
 Edward F. Czepiga II, Esq.  
 56 Lyon Terrace  
 Bridgeport, CT 06604

38. Dariel Perez Torres  
 c/o Ethan Levin-Epstein, Esq.  
 Garrison, Levin-Epstein, Chimes & Richardson, P.C.  
 405 Orange Street  
 New Haven, CT 06511

39. Victor Serrano  
 2 Fenwick Place  
 Norwalk, CT 06855

40. James Clanton  
 c/o David J. Wenc, Esq.  
 Wenc Law Offices  
 44 Main Street, P.O. Box 306  
 Windsor Locks, CT 06096-0306

41. Bruce Vetre  
 c/o Alan J. Sobol, Esq.  
 O'Connell, Flaherty & Attmore, L.L.C.  
 280 Trumbull Street  
 Hartford, CT 06103-3598

42. Paul Fritz  
 c/o William F. Dow III  
 Jacob, Grudberg, Belt and Dow  
 350 Orange Street  
 P.O. Box 606  
 New Haven, CT 06503

43.  Louis Pierro
     c/o Harold F. McGuire, Jr., Esq.
     Entwistle and Cappucci LLP
     299 Park Avenue, 14th Floor
     New York, NY 10171

44.  Verna Zichichi
     c/o Lawrence J. Greenberg, Esq.
     Bernblum & Greenberg
     142 Temple Street
     New Haven, CT 06510

45.  Steven Van Overen
     c/o Suzanne Hall, Esq.
     Mitsubishi Motors Credit of America, Inc.
     6363 Katella Avenue
     Cypress, CA 90630

46.  Greg Stiff
     c/o Suzanne Hall, Esq.
     Mitsubishi Motors Credit of America, Inc.
     6363 Katella Avenue
     Cypress, CA 90630

47.  Sonia Aponte
     43 Maltby Place
     1st Floor
     New Haven, CT 06513

48.  Rafael Bonilla
     1143 Quinnipiac Avenue
     New Haven, CT

49.  Kai Armstrong
     269 McGrath Court
     Stratford, CT 06615

50.  Barbara Armstrong
     125 Woodlawn Ave.
     Bridgeport, CT

51. Victor Berrios
    250 Peat Meadow Road
    New Haven, CT  06513

52. Blanca Berrios
    250 Peat Meadow Road
    New Haven, CT  06513

53. Bruce Biron
    791 West Main Street
    Meriden, CT  06451

54. Lisa Biron
    1001 Old Colony Road
    Meriden, CT 06451

55. Robert Cimino
    Corrigan-Radgowski Correctional Center
    986 Norwich-New London Turnpike
    Uncasville, CT 06382

56. Jessica Torres
    197 Clinton Avenue
    New Haven, CT  06513

57. Melissa Cardoso
    183 Blatchley Avenue
    New Haven, CT

58. Jose Santiago
    813 Campbell Avenue
    West Haven, CT 06516

59. Melissa Bailey
    73 Pine Street
    Manchester, CT

60. Maria Ramos
    170 Sisson Ave.
    Hartford, CT

61. Willard Hyman
    256 Sherman Ave.
    New Haven, CT

62. Andrea Williams
    256 Sherman Ave.
    New Haven, CT

63. Wesley Witcher
    16611 Galt Court
    Woodbridge, VA 22191

64. Shirley Witcher
    257 Lombard Street
    New Haven, CT

65. Ashuin Patel
    905 Mix Ave.
    Apt. T5
    Hamden, CT

66. Sangita Patel
    905 Mix Ave.
    Apt. T5
    Hamden, CT

67. Richard Harrell
    57 Wade Ave.
    Bloomfield, CT

68. Mary Jane Best
    60 George Street
    East Haven, CT

69. Lisa Eng
    248 Green Farms Road
    Branford, CT

70. A representative of Crescent Bank and Trust
    1450 Poydras Street
    Suite 1800
    New Orleans, LA 70112

71. Postal Inspector Thomas Ardito
    U.S. Postal Inspection Service
    Wallingford, CT

72. Doreen Alfano
    35 Noble Avenue
    Milford, CT 06460

It is difficult to anticipate if there will be the need for rebuttal witnesses until the defendants present their cases, if any. The Government reserves the right to call as rebuttal witnesses other individuals who are not named on this list, if their testimony is relevant to rebut the defendants' cases.

                                    Respectfully submitted,

                                    KEVIN J. O'CONNOR
                                    UNITED STATES ATTORNEY

                                    /s/
                                    JONATHAN BIRAN
                                    ASSISTANT U.S. ATTORNEY
                                    Federal Bar No. ct21922
                                    Email: jonathan.biran@usdoj.gov

                                    /s/
                                    MICHAEL S. McGARRY
                                    ASSISTANT U. S. ATTORNEY
                                    Federal Bar No. ct25713
                                    United States Attorney's Office
                                    157 Church Street, 23rd Floor
                                    New Haven, CT 06510
                                    (202) 821-3700
                                    Email: michael.mcgarry@usdoj.gov

**CERTIFICATE OF SERVICE**

       This is to certify that a copy of the foregoing was sent by facsimile and U.S. Mail, postage prepaid, this 5th day of August, 2005, to the following counsel of record:

Kurt F. Zimmermann, Esq.  
Silverstein and Osach, P.C.  
234 Church Street, Suite 903  
New Haven, CT 06510  
(counsel for Angel Hernandez)

Michael S. Hillis, Esq.  
Dombroski Knapsack & Hillis LLC  
129 Whitney Avenue  
New Haven, CT 06511  
(counsel for Richard Brown)

Richard S. Cramer  
449 Silas Deane Highway  
Wethersfield, CT 06109  
(counsel for David Brown)

Jonathan J. Einhorn, Esq.  
412 Orange Street  
New Haven, CT 06511  
(counsel for Nelson Datil)

    _/s/_____  
    JONATHAN BIRAN  
    ASSISTANT U.S. ATTORNEY