# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

*Supplemental*

## ORDER SETTING CONDITIONS OF RELEASE

2005 AUG -3 P 3:52

CASE NO. 3:02 CR 341    USA v. DAVID BROWN _____

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(X) 1. The defendant shall not commit any offense in violation of federal, state or local law while on release in this case. If the defendant is arrested while on release, he shall immediately notify the pretrial services officer of his arrest.

(X) 2. The defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing of any change in address and telephone number.

(X) 3. The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear at (if blank, to be notified):
_____ on _____
                Place                                    Date and Time

(X) 4. The defendant shall:
   a. ( ) maintain or actively seek employment.
   b. ( ) maintain or commence an educational program.
   c. ( ) have his/her travel restricted to Connecticut, _____
   _____
   d. ( ) have no direct or indirect contact with any known co-defendants, witnesses, gang members, or _____
   e. ( ) report to U. S. Probation Office as directed
   f. ( ) submit to drug testing/counseling within the discretion of the pretrial services officer.
   
   *DB* g. (X) submit to psychological counseling, *at the discretion of USPO.*
   h. ( ) comply with the following curfew: _____
   i. ( ) refrain from possessing a firearm, destructive device or other dangerous weapons.
   j. ( ) refrain from excessive use of alcohol, and any use or possession or use of a narcotic drug and other controlled substances defined in 21 U.S.C. §802 unless prescribed by a licensed medical practitioner.
   k. ( ) surrender any passport to _____ by no later than _____.
   l. ( ) obtain no passport.
   m. ( ) submit to electronic monitoring in accordance with requirements set by the pretrial services officer
   n. ( ) execute a bond in the amount of $_____ [cosigned by _____. The bond shall obligate the defendant and the cosigner[s] to pay the United States the sum of money in the bond in the event that the defendant fails to appear as required or fails to surrender as directed for service of any sentence imposed.
   o. ( ) execute an agreement to forfeit upon failing to appear as required or surrender for sentence, the following sum of money or designated property: _____.
   p. ( ) execute papers to secure the bond with property located at _____
   
   *DB* q. (X) The defendant is placed in the custody of ELANZA BROWN & ELVINA BROWN _____ who agrees to supervise the defendant in accordance with all conditions of release, to use every effort to assure the appearance of the defendant at all scheduled court proceedings and to notify the court immediately in the event that the defendant violates any conditions of his/her release or disappears.

Date: _____   Signed: _____
                                 Custodian or Proxy        (Relationship)

Address: _____ Tel. nbr. _____

CondRelease June99

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

*Supplemental*

## ORDER SETTING CONDITIONS OF RELEASE

FILED
2005 AUG -3 P 3: 52

CASE NO. 3:02CR341     USA v. DAVID BROWN

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(X) 1. The defendant shall not commit any offense in violation of federal, state or local law while on release in this case. If the defendant is arrested while on release, he shall immediately notify the pretrial services officer of his arrest.

(X) 2. The defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing of any change in address and telephone number.

(X) 3. The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear at (If blank, to be notified):
_____ Place _____ on _____ Date and Time

(X) 4. The defendant shall:
a. ( ) maintain or actively seek employment.
b. ( ) maintain or commence an educational program.
c. ( ) have his/her travel restricted to Connecticut, _____
d. ( ) have no direct or indirect contact with any known co-defendants, witnesses, gang members, or _____
e. ( ) report to U.S. Probation Office as directed _____
f. ( ) submit to drug testing/counseling within the discretion of the pretrial services officer.
g. (X) submit to psychological counseling, *at the discretion of USPO*.
h. ( ) comply with the following curfew: _____
i. ( ) refrain from possessing a firearm, destructive device or other dangerous weapons.
j. ( ) refrain from excessive use of alcohol, and any use or possession or use of a narcotic drug and other controlled substances defined in 21 U.S.C. §802 unless prescribed by a licensed medical practitioner.
k. ( ) surrender any passport to _____ by no later than _____.
l. ( ) obtain no passport.
m. ( ) submit to electronic monitoring in accordance with requirements set by the pretrial services officer
n. ( ) execute a bond in the amount of $ _____ (cosigned by _____. The bond shall obligate the defendant and the cosigner(s) to pay the United States the sum of money in the bond in the event that the defendant fails to appear as required or fails to surrender as directed for service of any sentence imposed.
o. ( ) execute an agreement to forfeit upon failing to appear as required or surrender for sentence, the following sum of money or designated property: _____
p. ( ) execute papers to secure the bond with property located at _____.
q. (X) The defendant is placed in the custody of ELANZA BROWN & ELVINA BROWN _____ who agrees to supervise the defendant in accordance with all conditions of release, to use every effort to assure the appearance of the defendant at all scheduled court proceedings and to notify the court immediately in the event that the defendant violates any conditions of his/her release or disappears.

Date: 8-9-05     Signed: E Brown     ELANZA BROWN
                    Custodian or Proxy    ELVINA BROWN
                                          (Relationship)

Address: 130 Lenox ave B.PT.     Tel. nbr. 203-579-1313

*acknowledged by Janet Bessile Deputy Clerk 8-9-05*

## Advice of Penalties and Sanctions

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. §3148, and a prosecution for contempt as provided in 18 U.S.C. §401 which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not less than two years nor more than ten years, if the offense is a felony; or a term of imprisonment of not less than ninety days nor more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

18 U.S.C. §1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

## Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

130 Lenox Ave
_____
Address

BPT    CT    06606    203 579 1313
_____
City and State        Telephone

## Directions to United States Marshal

(X) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: 8/3/05

_____
Signature of Judicial Officer

Joan G. Margolis, USMJ
_____
Name and Title of Judicial Officer