United States District Court
District of Connecticut
FILED 8/3/05 NEW HAVEN
Kevin F. [...] Clerk
[signature] Deputy Clerk

Doft 8/3/05

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST — CONTINUATION**

USA vs. David Brown (#5)

CASE NO. 3:02XK 341(EBB)

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | A | 8/3/05 |  |  | Letter to Mr Cranon from Angela Brown |