UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | No. 3:02cr341 (EBB) |
| DAVID BROWN | : | AUGUST 10, 2005 |

**MOTION IN LIMINE RULE 609(b) EVIDENCE**
**RE: ROBERT CIMINO**

The Government intends to call as a witness, Robert Cimino. Mr. Cimino has criminal convictions over ten years old as follows:

| | | |
|---|---|---|
| Connecticut | Burglary 3rd | 1979 |
| Connecticut | Burglary 3rd | 1989 |
| Connecticut | Burglary 3rd | 1989 |
| Connecticut | Larceny 2nd<br>Poss. of Narcotics | 1989 |
| Connecticut | Poss. of Narcotics | 1989 |
| Connecticut | Poss. of Narcotics | 1989 |
| Connecticut | Burglary 3rd | 1989 |
| Connecticut | Burglary 3rd | 1989 |
| Connecticut | Burglary 3rd | 1989 |
| Connecticut | Burglary 3rd | 1992 |
| Connecticut | Burglary 3rd | 1990 |

| | | |
|---|---|---|
| Connecticut | Burglary 3rd | 1990 |
| Connecticut | Escape | 1990 |
| Connecticut | Burglary 3rd | 1994 |

(probably also admissible since released within ten years of 2005, Rule 609(b))

| | | |
|---|---|---|
| Connecticut | Burglary 3rd | 1993 |
| Connecticut | Burglary 3rd | 1992 |

The defendant, David Brown, seeks the admission of these over-ten-year old convictions to impeach Cimino under Rule 609(b) and gives the Government fair opportunity to contest such evidence.

DEFENDANT, DAVID BROWN

By:_____
Richard S. Cramer
449 Silas Deane Highway
Wethersfield, CT 06109
Tel. (860) 257-3500
Federal Bar No. ct00016
Email: cramer@snet.net