UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---------------------------------X
UNITED STATES OF AMERICA          :
                                  :    CRIMINAL NUMBER:
        v.                        :    3:02CR341 (EBB)
                                  :
ANGEL HERNANDEZ, DAVID BROWN      :
RICHARD BROWN, and NELSON         :
DATIL,                            :
            Defendants.           :
                                  :
---------------------------------X

**VERDICT FORM AS TO DEFENDANT ANGEL HERNANDEZ**

**COUNT 1: CONSPIRACY TO COMMIT MAIL FRAUD AND WIRE FRAUD**

As to Count One (1), charging Angel Hernandez with conspiracy to commit mail fraud and wire fraud, we find the defendant (check one):

    ✓ GUILTY              ____ NOT GUILTY

    If you found the Angel Hernandez guilty, then answer the following questions:

        Do all twelve of you agree that Angel Hernandez conspired to commit the offense of mail fraud?

        ✓ Yes                ____ No

        Do all twelve of you agree that Angel Hernandez conspired to commit the offense of wire fraud?

        ✓ Yes                ____ No

**COUNT 2: MAIL FRAUD**

As to Count Two (2), charging Angel Hernandez with mail fraud, we find the defendant (check one):

    ✓ GUILTY              ____ NOT GUILTY

1

**COUNT 3:   WIRE FRAUD**

As to Count Three (3), charging Angel Hernandez with wire fraud, we find the defendant *(check one)*:

✓ GUILTY           ___ NOT GUILTY

**COUNT 4:   WIRE FRAUD**

As to Count Four (4), charging Angel Hernandez with wire fraud, we find the defendant *(check one)*:

✓ GUILTY           ___ NOT GUILTY

**COUNT 5:   WIRE FRAUD**

As to Count Five (5), charging Angel Hernandez with wire fraud, we find the defendant *(check one)*:

✓ GUILTY           ___ NOT GUILTY

**COUNT 6:   WIRE FRAUD**

As to Count Six (6), charging Angel Hernandez with wire fraud, we find the defendant *(check one)*:

✓ GUILTY           ___ NOT GUILTY

**COUNT 7:   WIRE FRAUD**

As to Count Seven (7), charging Angel Hernandez with wire fraud, we find the defendant *(check one)*:

✓ GUILTY           ___ NOT GUILTY

**COUNT 8:   WIRE FRAUD**

As to Count Eight (8), charging Angel Hernandez with wire fraud, we find the defendant *(check one)*:

✓ GUILTY           ___ NOT GUILTY

**COUNT 9: WIRE FRAUD**

As to Count Nine (9), charging Angel Hernandez with wire fraud, we find the defendant (check one):

__✓__ GUILTY          _____ NOT GUILTY

**COUNT 10: WIRE FRAUD**

As to Count Ten (10), charging Angel Hernandez with wire fraud, we find the defendant (check one):

__✓__ GUILTY          _____ NOT GUILTY

**COUNT 11: WIRE FRAUD**

As to Count Eleven (11), charging Angel Hernandez with wire fraud, we find the defendant (check one):

__✓__ GUILTY          _____ NOT GUILTY

**COUNT 12: WIRE FRAUD**

As to Count Twelve (12), charging Angel Hernandez with wire fraud, we find the defendant (check one):

__✓__ GUILTY          _____ NOT GUILTY

**COUNT 13: WIRE FRAUD**

As to Count Thirteen (13), charging Angel Hernandez with wire fraud, we find the defendant (check one):

__✓__ GUILTY          _____ NOT GUILTY

**COUNT 14: WIRE FRAUD**

As to Count Fourteen (14), charging Angel Hernandez with wire fraud, we find the defendant (check one):

__✓__ GUILTY          _____ NOT GUILTY

**COUNT 15: WIRE FRAUD**

As to Count Fifteen (15), charging Angel Hernandez with wire fraud, we find the defendant (check one):

_✓_ GUILTY _____ NOT GUILTY

**COUNT 16: WIRE FRAUD**

As to Count Sixteen (16), charging Angel Hernandez with wire fraud, we find the defendant (check one):

_✓_ GUILTY _____ NOT GUILTY

**COUNT 17: WIRE FRAUD**

As to Count Seventeen (17), charging Angel Hernandez with wire fraud, we find the defendant (check one):

_✓_ GUILTY _____ NOT GUILTY

**COUNT 18: MAIL FRAUD**

As to Count Eighteen (18), charging Angel Hernandez with mail fraud, we find the defendant (check one):

_✓_ GUILTY _____ NOT GUILTY

**COUNT 19: WIRE FRAUD**

As to Count Nineteen (19), charging Angel Hernandez with wire fraud, we find the defendant (check one):

_✓_ GUILTY _____ NOT GUILTY

**COUNT 20: WIRE FRAUD**

As to Count Twenty (20), charging Angel Hernandez with wire fraud, we find the defendant (check one):

_✓_ GUILTY _____ NOT GUILTY

4

**COUNT 21: WIRE FRAUD**

As to Count Twenty-One (21), charging Angel Hernandez with wire fraud, we find the defendant *(check one)*:

    __✓__ GUILTY                    _____ NOT GUILTY

**COUNT 22: MAIL FRAUD**

As to Count Twenty-Two (22), charging Angel Hernandez with mail fraud, we find the defendant *(check one)*:

    __✓__ GUILTY                    _____ NOT GUILTY

## VERDICT FORM AS TO DEFENDANT DAVID BROWN

**COUNT 1:   CONSPIRACY TO COMMIT MAIL FRAUD AND WIRE FRAUD**

As to Count One (1), charging David Brown with conspiracy to commit mail fraud and wire fraud, we find the defendant (check one):

    __✓__ GUILTY            _____ NOT GUILTY

If you found the David Brown guilty, then answer the following questions:

    Do all twelve of you agree that David Brown conspired to commit the offense of mail fraud?

    __✓__ Yes            _____ No

    Do all twelve of you agree that David Brown conspired to commit the offense of wire fraud?

    __✓__ Yes            _____ No

**COUNT 3:   WIRE FRAUD**

As to Count Three (3), charging David Brown with wire fraud, we find the defendant (check one):

    __✓__ GUILTY            _____ NOT GUILTY

**COUNT 4:   WIRE FRAUD**

As to Count Four (4), charging David Brown with wire fraud, we find the defendant (check one):

    __✓__ GUILTY            _____ NOT GUILTY

**COUNT 5:   WIRE FRAUD**

As to Count Five (5), charging David Brown with wire fraud, we find the defendant (check one):

    __✓__ GUILTY            _____ NOT GUILTY

**COUNT 10: WIRE FRAUD**

As to Count Ten (10), charging David Brown with wire fraud, we find the defendant *(check one)*:

    __✓__ GUILTY          _____ NOT GUILTY

**COUNT 15: WIRE FRAUD**

As to Count Fifteen (15), charging David Brown with wire fraud, we find the defendant *(check one)*:

    __✓__ GUILTY          _____ NOT GUILTY

**COUNT 21: WIRE FRAUD**

As to Count Twenty-One (21), charging David Brown with wire fraud, we find the defendant *(check one)*:

    __✓__ GUILTY          _____ NOT GUILTY

## VERDICT FORM AS TO DEFENDANT RICHARD BROWN

**COUNT 1: CONSPIRACY TO COMMIT MAIL FRAUD AND WIRE FRAUD**

As to Count One (1), charging Richard Brown with conspiracy to commit mail fraud and wire fraud, we find the defendant (*check one*):

    ✓ GUILTY          ____ NOT GUILTY

If you found the Richard Brown guilty, then answer the following questions:

Do all twelve of you agree that Richard Brown conspired to commit the offense of mail fraud?

    ✓ Yes             ____ No

Do all twelve of you agree that Richard Brown conspired to commit the offense of wire fraud?

    ✓ Yes             ____ No

**COUNT 8: WIRE FRAUD**

As to Count Eight (8), charging Richard Brown with wire fraud, we find the defendant (*check one*):

    ____ GUILTY       ✓ NOT GUILTY

**COUNT 11: WIRE FRAUD**

As to Count Eleven (11), charging Richard Brown with wire fraud, we find the defendant (*check one*):

    ____ GUILTY       ✓ NOT GUILTY

**COUNT 12: WIRE FRAUD**

As to Count Twelve (12), charging Richard Brown with wire fraud, we find the defendant (*check one*):

    ____ GUILTY       ✓ NOT GUILTY

**COUNT 17: WIRE FRAUD**

As to Count Seventeen (17), charging Richard Brown with wire fraud, we find the defendant *(check one)*:

    __✓__ GUILTY             _____ NOT GUILTY

**COUNT 18: MAIL FRAUD**

As to Count Eighteen (18), charging Richard Brown with mail fraud, we find the defendant *(check one)*:

    __✓__ GUILTY             _____ NOT GUILTY

## VERDICT FORM AS TO DEFENDANT NELSON DATIL

**COUNT 1: CONSPIRACY TO COMMIT MAIL FRAUD AND WIRE FRAUD**

As to Count One (1), charging Nelson Datil with conspiracy to commit mail fraud and wire fraud, we find the defendant (check one):

    __✓__ GUILTY             _____ NOT GUILTY

If you found the Nelson Datil guilty, then answer the following questions:

Do all twelve of you agree that Nelson Datil conspired to commit the offense of mail fraud?

    __✓__ Yes             _____ No

Do all twelve of you agree that Nelson Datil conspired to commit the offense of wire fraud?

    __✓__ Yes             _____ No

**COUNT 9: WIRE FRAUD**

As to Count Nine (9), charging Nelson Datil with wire fraud, we find the defendant (check one):

    __✓__ GUILTY             _____ NOT GUILTY

**COUNT 14: WIRE FRAUD**

As to Count Fourteen (14), charging Nelson Datil with wire fraud, we find the defendant (check one):

    __✓__ GUILTY             _____ NOT GUILTY

**COUNT 19: WIRE FRAUD**

As to Count Nineteen (19), charging Nelson Datil with wire fraud, we find the defendant (check one):

    __✓__ GUILTY             _____ NOT GUILTY

**COUNT 20: WIRE FRAUD**

As to Count Twenty (20), charging Nelson Datil with wire fraud, we find the defendant *(check one)*:

    __✓__ GUILTY                 _____ NOT GUILTY

**COUNT 22: MAIL FRAUD**

As to Count Twenty-Two (22), charging Nelson Datil with mail fraud, we find the defendant *(check one)*:

    __✓__ GUILTY                 _____ NOT GUILTY

_____
Foreperson

Dated at New Haven, Connecticut this __07__ day of ~~August~~/September, 2005.

11