UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NUMBER: 3:02CR341 (EBB) |
| | : | |
| v. | : | August 5, 2005 |
| | : | |
| ANGEL HERNANDEZ ET AL. | : | |

### UNITED STATES' SECOND AMENDED WITNESS LIST

The United States, through the undersigned Assistant United States Attorneys, hereby submits the Government's anticipated witness list for its case-in-chief in the above-captioned case. The only changes that have been made on this list is that we have added Doreen Alfano, who worked as Shoreline Mitsubishi's office manager, who will be called to authenticate certain records of Shoreline Motors Corporation if stipulations are not reached with the defendants concerning such records.

1.  Special Agent Alicia Wojtkonski
    Federal Bureau of Investigation
    530 Preston Avenue, Building #1
    Meriden, CT

2.  Kevin Potter    8/10/05
    68 Dorset Lane
    Madison, CT

3.  Jeffrey Lucas
    334 Exchange Street, Apt. 3    8/25/05
    New Haven, CT 06513

4.  Julia Davila
    105 Farren Avenue    8/25/05
    New Haven, CT

5.  Pamela Bozzuto  
    690 Plainville Avenue    8/25/05  
    Farmington, CT

6.  Marie Aurigemma (formerly Marie Bozzuto)    8/25/05  
    53 Colony Street  
    Bristol, CT 06010

7.  Royce Sullivan  
    4338 Spring Oak Drive    8/17/05  
    San Antonio, TX 78219

8.  Rosa Santana  
    135 Columbus Circle    8/18/05  
    #B1  
    East Hartford, CT

9.  Maria Agosto  
    50 Adams Street    8/18/05  
    East Hartford, CT

10. Israel Truth South  
    162 Rangely Street    8/18/05  
    West Haven, CT

11. Tania Mollison  
    16 Knox Street    8/18/05  
    West Haven, CT

12. Bienvenido Montalvo  
    85 Heath Street    8/15/05  
    Hartford, CT

13. Carmen Montalvo  
    85 Heath Street    8/15/05  
    Hartford, CT

14. Tara Iuteri  
    24 Perrotti Lane  
    Palm Coast, FL 32164

15. Susan Esposito
    75 Redwood
    East Haven, CT

16. Paul DiMauro       8/18/05
    9 S. Dale St.
    East Haven, CT 06513

17. Nicole Messina
    9 S. Dale St.
    East Haven, CT 06513

18. Genevieve DiMauro   8/19/05
    9 S. Dale St.
    East Haven, CT 06513

19. Albert Richard      8/24/05
    17 Betts Place
    East Norwalk, CT 06855

20. Angela Richard      8/24/05
    17 Betts Place
    East Norwalk, CT 06855

21. Theresa Nayagam     8/24/05
    6 Lenore Drive
    Norwalk, CT

22. Orlando Molina      8/25/05
    131 Taft Avenue Apt. 2
    West Haven, CT

23. Michelle Perry      8/24/05
    306 Pine Rock Ave. D14
    Hamden, CT

24. Kelly Matthews      8/15/05
    234 Monticello Avenue
    Branford, CT 06405

25. Michael Mauriello   8/16/05
    ~~234 Monticello Avenue~~
    ~~Branford~~, CT ~~06405~~
    East Haven

3

26. Gary Vaught
    18 Lucerne Drive    8/23/05
    Willington, CT 06279

27. Elizabeth Rivera
    94 Belden Street
    New Britain, CT 06051

28. Gwendolyn Morgan
    ~~430 Barbour Street~~ Enfield St.   8/23/05
    Hartford, CT 06120

29. Lisa Browdy
    22 Livingston Road    8/24/05
    East Hartford, CT 06108

30. Michael Vaught    8/15/05
    713 Trailwood Drive
    Altamonte Springs, FL 32714

31. Frances Diggs (formerly Frances Vaught)
    75 Seneca Road
    New Haven, CT 06515

32. Danielle Fowler
    39 Hollywood Ave.    8/15/05, 8/16/05
    West Hartford, CT

33. Ana Burgos
    3~~5 Hollywood Ave.~~ Pawtucket St.   8/16/05
    ~~West~~ Hartford, CT

34. Juanita Binns
    19 Boxwood Court, #4    8/16/05
    Waterbury, CT 06705

35. Jose Espinosa    8/16/05, 8/17/05
    c/o David R. Kritzman, Esq.
    Beck and Eldergill, P.C.
    447 Center Street    East Hartford, CT
    Manchester, CT 06040

4

36. Jose Concepcion  
c/o John J. Kelly, Esq.    8\24\05  
Cantor, Floman, Gross, Kelly & Sacramone, P.C.  
378 Boston Post Road  
Orange, CT 06477

37. Richard Dominguez  
c/o Salvatore DePiano, Esq.  
Edward F. Czepiga II, Esq.  
56 Lyon Terrace  
Bridgeport, CT 06604

38. Dariel Perez Torres  
c/o Ethan Levin-Epstein, Esq.  
Garrison, Levin-Epstein, Chimes & Richardson, P.C.  
405 Orange Street  
New Haven, CT 06511

39. Victor Serrano  
2 Fenwick Place  
Norwalk, CT 06855

40. James Clanton  
c/o David J. Wenc, Esq.    8\22\05, 8\23\05  
Wenc Law Offices  
44 Main Street, P.O. Box 306  
Windsor Locks, CT 06096-0306

41. Bruce Vetre  
c/o Alan J. Sobol, Esq.    8\11\05, 8\12\05, 8\29\05  
O'Connell, Flaherty & Attmore, L.L.C.  
280 Trumbull Street  
Hartford, CT 06103-3598

42. Paul Fritz  
c/o William F. Dow III  
Jacob, Grudberg, Belt and Dow  
350 Orange Street  
P.O. Box 606  
New Haven, CT 06503

5

43. Louis Pierro  
c/o Harold F. McGuire, Jr., Esq.    8/19/05  
Entwistle and Cappucci LLP  
299 Park Avenue, 14th Floor  
New York, NY 10171

44. Verna Zichichi  
c/o Lawrence J. Greenberg, Esq.  
Bernblum & Greenberg  
142 Temple Street  
New Haven, CT 06510

45. Steven Van Overen    8/11/05  
c/o Suzanne Hall, Esq.  
Mitsubishi Motors Credit of America, Inc.  
6363 Katella Avenue  
Cypress, CA 90630

46. Greg Stiff  
c/o Suzanne Hall, Esq.    8/26/05  
Mitsubishi Motors Credit of America, Inc.  
6363 Katella Avenue  
Cypress, CA 90630

47. Sonia Aponte  
43 Maltby Place  
1st Floor  
New Haven, CT 06513

48. Rafael Bonilla  
1143 Quinnipiac Avenue  
New Haven, CT

49. Kai Armstrong  
269 McGrath Court    8/16/05  
Stratford, CT 06615

50. Barbara Armstrong  
125 Woodlawn Ave.    8/16/05  
Bridgeport, CT

6

51. Victor Berrios
    250 Peat Meadow Road
    New Haven, CT 06513

52. Blanca Berrios
    250 Peat Meadow Road    8/25/05
    New Haven, CT 06513

53. Bruce Biron
    791 West Main Street    8/22/05
    Meriden, CT 06451

54. Lisa Biron
    1001 Old Colony Road
    Meriden, CT 06451

55. Robert Cimino
    Corrigan-Radgowski Correctional Center
    986 Norwich-New London Turnpike
    Uncasville, CT 06382

56. Jessica Torres
    197 Clinton Avenue
    New Haven, CT 06513

57. Melissa Cardoso
    183 Blatchley Avenue    8/26/05
    New Haven, CT

58. Jose Santiago    8/22/05
    813 Campbell Avenue
    West Haven, CT 06516

59. Melissa Bailey    4/18/05
    73 Pine Street
    Manchester, CT

60. Maria Ramos
    170 Sisson Ave.
    Hartford, CT

7

61. Willard Hyman
    256 Sherman Ave.
    New Haven, CT

62. Andrea Williams    8/15/05
    256 Sherman Ave.
    New Haven, CT

63. Wesley Witcher    8/10/05
    16611 Galt Court
    Woodbridge, VA 22191

64. Shirley Witcher
    257 Lombard Street    8/10/05
    New Haven, CT

65. Ashuin Patel    8/12/05
    905 Mix Ave.
    Apt. T5
    Hamden, CT

66. Sangita Patel
    905 Mix Ave.
    Apt. T5
    Hamden, CT

67. Richard Harrell    8/22/05
    57 Wade Ave.
    Bloomfield, CT

68. Mary Jane Best    8/18/05
    60 George Street
    East Haven, CT

69. Lisa Eng    8/22/05
    ~~248 Green Farms Road~~ Brushy Plains Rd
    Branford, CT

70. A representative of Crescent Bank and Trust
    1450 Poydras Street
    Suite 1800
    New Orleans, LA 70112

8

71.  Postal Inspector Thomas Ardito   8/12/05
     U.S. Postal Inspection Service
     Wallingford, CT

72.  Doreen Alfano
     35 Noble Avenue   8/23/05
     Milford, CT 06460

73.  Paul Gilfillan   8/24/05
     Bethany, CT

It is difficult to anticipate if there will be the need for rebuttal witnesses until the defendants present their cases, if any. The Government reserves the right to call as rebuttal witnesses other individuals who are not named on this list, if their testimony is relevant to rebut the defendants' cases.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

/s/
JONATHAN BIRAN
ASSISTANT U.S. ATTORNEY
Federal Bar No. ct21922
Email: jonathan.biran@usdoj.gov


/s/
MICHAEL S. McGARRY
ASSISTANT U. S. ATTORNEY
Federal Bar No. ct25713
United States Attorney's Office
157 Church Street, 23rd Floor
New Haven, CT 06510
(202) 821-3700
Email: michael.mcgarry@usdoj.gov

9

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent by facsimile and U.S. Mail, postage prepaid, this 5th day of August, 2005, to the following counsel of record:

Kurt F. Zimmermann, Esq.
Silverstein and Osach, P.C.
234 Church Street, Suite 903
New Haven, CT 06510
(counsel for Angel Hernandez)

Michael S. Hillis, Esq.
Dombroski Knapsack & Hillis LLC
129 Whitney Avenue
New Haven, CT 06511
(counsel for Richard Brown)

Richard S. Cramer
449 Silas Deane Highway
Wethersfield, CT 06109
(counsel for David Brown)

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT 06511
(counsel for Nelson Datil)

_/s/_____
JONATHAN BIRAN
ASSISTANT U.S. ATTORNEY