UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | NO. 3:02CR341 (EBB) |
| SHORELINE MOTORS, ET AL | : | OCTOBER 4, 2005 |

### MOTION FOR EXTENSION OF TIME TO FILE BRIEFS

The defendant, **DAVID BROWN**, through his undersigned counsel, respectfully requests that the time for the filing of defense briefs in support of a motion for a judgment of acquittal, Fed. R. Cr. P. 29 (c) and for a motion to grant a new trial, Fed. R. Cr. P. 33(b)(2), be extended until October 31, 2005.  The defendant is a solo practitioner with no associates.  The time needed to review the law and trial transcripts so as to file the above brief has taken longer than expected because of undersigned counsel's committment to appear in various state and federal court matters.

WHEREFORE, the defendant respectfully requests that defendant's briefs be filed no later than October 31, 2005.

                    DEFENDANT, DAVID BROWN


          By:_____
                Richard S. Cramer
                449 Silas Deane Highway
                Wethersfield, CT 06109
                Tel. (860) 257-3500
                Federal Bar No. ct00016
                Email: cramer@snet.net