UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | NO. 3:02CR341 (EBB) |
| SHORELINE MOTORS, ET AL | : | OCTOBER 27 2005 |

**MOTION FOR EXTENSION OF TIME TO FILE BRIEFS**

The defendant, **DAVID BROWN**, through his undersigned counsel, respectfully requests that the time for the filing of defense briefs in support of a motion for a judgment of acquittal, Fed. R. Cr. P. 29 (c) and for a motion to grant a new trial, Fed. R. Cr. P. 33(b)(2), be extended until November 2, 2005. The defendant is a solo practitioner with no associates. Counsel has substantially completed the brief but needs to make minor modifications. Unfortunately, the undersigned, a solo practitioner, has one secretary who, because of a child care situation, will be unavailable Friday, October 28, 2005, and Monday, October 31, 2005. The finishing touches on the brief, therefore, cannot be completed until the morning of November 1, 2005. Assistant U. S. Attorney Jonathan Biran does not oppose the granting of this request.

WHEREFORE, the undersigned respectfully requests one final extension until November 2, 2005.

DEFENDANT, DAVID BROWN


By:_____
        Richard S. Cramer
        449 Silas Deane Highway
        Wethersfield, CT 06109
        Tel. (860) 257-3500
        Federal Bar No. ct00016
        Email: cramer@snet.net