UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| VS. : | NO. 3:02CR341 (EBB) |
| DAVID BROWN : | NOVEMBER 1, 2005 |

**MOTION FOR JUDGMENT OF ACQUITTAL AND A NEW TRIAL**

Pursuant to Fed. R. Cr. P., Rule 29(c) and Rule 33, the defendant, David Brown, hereby moves that this Court grant a Motion for Judgment of Acquittal or, in the alternative, a new trial.  The defendant, David Brown, hereby adopts and realleges those arguments for acquittal made by the co-defendant, Richard Brown, and any further arguments, if applicable, set forth in memorandum filed by co-defendants, Nelson Datil and Angel Hernandez.

Pursuant to this Court's rules, a memorandum in support of this motion is attached.

WHEREFORE, the defendant, David Brown, respectfully requests that this court set aside the verdict of guilty and enter an acquittal or, alternatively, pursuant to Rule 33, vacate the judgment and grant the defendant a new trial.

DEFENDANT, DAVID BROWN


By:_____
    Richard S. Cramer
    449 Silas Deane Highway
    Wethersfield, CT 06109
    Tel. (860) 257-3500
    Federal Bar No. ct00016
    Email: cramer@snet.net