UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | NO. 3:02CR341 EBB |
| DAVID BROWN | : | MAY 17, 2006 |

## MOTION FOR CONTINUANCE OF SENTENCING

David Brown, defendant, through undersigned counsel, respectfully requests that the sentencing hearing in his case which is currently scheduled for June 16, 2006, be continued 30 days. The defendant is free on bail and remains in compliance with the conditions of the Court's order of release.

On or about May 9, 2006, Joseph Montesi, who is the probation officer in charge of the pre-sentence investigation and report, informed counsel that he had just received from the Government the narrative entitled "Government's Statement of Offense Conduct" accompanied by 80 pages of exhibits. This document purports to describe the trial evidence and presents the government's proposed financial loss computations for the purpose of sentencing guideines.

The sentencing is currently scheduled for June 16, 2006, and Mr. Montesi informed counsel on May 16, 2006, that he should have the initial disclosure prepared by May 19, 2006.

Undersigned counsel will need time to review the report and meet with the defendant and to prepare a sentencing memorandum.

As of May 17, 2006, the undersigned has been unable to determine the Government's position on this motion.

This is the first request to continue the sentencing date in Mr. Brown's case.

WHEREFORE, it is respectfully requested that the sentencing hearing be rescheduled.

        Respectfully submitted,
        DEFENDANT, DAVID BROWN

By:_____
        Richard S. Cramer
        449 Silas Deane Highway
        Wethersfield, CT 06109
        Tel. (860) 257-3500
        Federal Bar No. ct00016
        Email: cramer@snet.net