## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA     : CRIMINAL NO.: 3:02CR00341-EBB-5

VS.     : JUDGE ELLEN BREE BURNS

SHORELINE MOTORS, ET AL     : JULY 19 2006

### MOTION FOR EXTENSION OF TIME ON BEHALF OF DAVID BROWN
### TO RESPOND TO PRE-SENTENCE REPORT

The Defendant David Brown moves this Court for an extension of time to respond to the Pre-Sentence Report which was given to previous counsel for the Defendant on May 19, 2006. The Defendant requests an extension to November 20, 2006 to respond to said report and in support thereof, alleges as follows:

1.     The undersigned was recently appointed as attorney for the Defendant David Brown who was previously represented by Attorney Richard S. Cramer, also court appointed.

2.     Within the last two weeks, the undersigned picked up seven boxes of material from Attorney Cramer's office. The Pre-Sentence Report was included therein.

3.     On July 14, 2006, all counsel in this matter met with the Honorable Ellen Bree Burns in her chambers to decide whether or not a hearing was necessary to determine the amount of loss in this case.

4.     The amount of loss in this case is crucial to the sentence in this matter and the Pre-

Sentence Report sets forth in great detail the facts of this case and also the Government's claim with regard to loss.

5. At the time of the in-chamber status conference, it was determined that a hearing would be commenced on September 19, 2006 to determine the amount of loss in this matter.

6. The undersigned counsel for the Defendant David Brown has not yet met with the Defendant since he is presently in Memphis, Tennessee and counsel has not had a chance to read the voluminous trial transcripts in this matter.

7. The undersigned has spoken to Joseph Montesi, the Probation Officer in this matter, and he has no objection to an extension to 60 days beyond the September 19, 2006 hearing date in order for the Defendant David Brown to respond to the May 19, 2006 Pre-Sentence Report.

Respectfully Submitted,

THE DEFENDANT, DAVID BROWN

BY:_____
ROBERT C. MIRTO
Mirto, Ketaineck & DiCrosta, P.C.
140 Captain Thomas Blvd., P.O. Box 428
West Haven, CT 06516
Tph. #(203)932-2225
ct 00188

## CERTIFICATION

This will certify that a copy of the foregoing Motion for Extension of Time to Respond to the Pre-Sentence Report was mailed postage pre-paid to The Honorable Ellen B. Burns, Judge, U.S. District Court, 141 Church Street, New Haven, CT 06510; Michael S. McGarry, Esq., Assistant U.S. Attorney, Office of the U.S. Attorney, 157 Church Street, 23rd Floor, New Haven, CT 06510; Joseph Montesi, U.S. Probation Officer, U.S. Probation Department, 157 Church Street, 22nd Floor, New Haven, CT 06510; Jonathan J. Einhorn, Esq., 412 Orange Street, New Haven, CT 06511; Kurt F. Zimmermann, Esq., Silverstein & Osach, P.C., 234 Church Street, #903, P.O. Box 1727, New Haven. CT 06507-1277; and Michael S. Hillis, Esq., Dombroski, Knapsack & Hillis, LLC, 129 Whitney Avenue. New Haven, CT 06510-1232 on this 19th day of July, 2006.

ROBERT C. MIRTO