200. SEP -7  P 12: 08

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 3:02CR00341-EBB-5 |
| VS. | : JUDGE ELLEN BREE BURNS |
| SHORELINE MOTORS, ET AL | : SEPTEMBER 6, 2006 |

## DEFENDANTS' JOINT MOTION TO INCUR EXPENSES FOR EXPERT TESTIMONY FILED ON BEHALF OF DAVID BROWN, ANGEL HERNANDEZ, RICHARD BROWN AND NELSON DATIL

The Defendants in this matter request that the Court authorize the joint expenditure of up to $5,000 so they may retain the services of an expert for the following reasons:

1.      This Court has scheduled a hearing on September 19, 2006 to address the issue of the amount of loss in this matter.  What loss amount is found by the Court may be crucial to the sentence each Defendant receives and the Defendants request an expert to evaluate the Government's position and perhaps provide other testimony.

2.      An expert is further needed with regard to other issues involving judicially permitted downward departures in this case.  The expert will be able to and is needed to testify at a joint or individual sentencing hearings.  Said testimony may pursuade this Court to depart downward or to render a non-guideline sentence.

Counsel for the Defendant David Brown has conferred with other counsel for the Defendants

Richard Brown, Angel Hernandez and Nelson Datil and they wish to join in this Motion.

Respectfully Submitted,

THE DEFENDANT, DAVID BROWN

BY:_____
ROBERT C. MIRTO
Mirto, Ketaineck & DiCrosta, P.C.
140 Captain Thomas Blvd., P.O. Box 428
West Haven, CT 06516
Tph. #(203)932-2225
ct 00188

## CERTIFICATION

This will certify that a copy of the foregoing Defendants' Joint Motion to Incur Expenses for

Expert Testimony Filed on Behalf of David Brown, Angel Hernandez, Richard Brown and Nelson

Datil was mailed postage pre-paid to The Honorable Ellen B. Burns, Judge, U.S. District Court, 141

Church Street, New Haven, CT 06510; Michael S. McGarry, Esq., Assistant U.S. Attorney, Office

of the U.S. Attorney, 157 Church Street, 23rd Floor, New Haven, CT 06510; Joseph Montesi, U.S.

Probation Officer, U.S. Probation Department, 157 Church Street, 22nd Floor, New Haven, CT

06510; Jonathan J. Einhorn, Esq., 412 Orange Street, New Haven, CT 06511; Kurt F. Zimmermann,

Esq., Silverstein & Osach, P.C., 234 Church Street, #903, P.O. Box 1727, New Haven, CT 06507-

1277; and Michael S. Hillis, Esq., Dombroski, Knapsack & Hillis, LLC, 129 Whitney Avenue, New

Haven, CT 06510-1232 on this 6th day of September, 2006.

ROBERT C. MIRTO