

FILED

2006 SEP -7 P 2: 08

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 3:02CR00341-EBB-5 |
| VS. | : JUDGE ELLEN BREE BURNS |
| SHORELINE MOTORS, ET AL | : SEPTEMBER 6, 2006 |

## DEFENDANTS' JOINT MOTION FOR DISCLOSURE AND PRODUCTION FILED ON BEHALF OF DAVID BROWN, ANGEL HERNANDEZ, RICHARD BROWN AND NELSON DATIL

This Court has scheduled a hearing preliminary to sentencing to hear evidence regarding the extent of the financial loss in this matter.

In order for the Defendants to properly prepare to address the Government's presentation in this matter, the Defendants' jointly request that the attorney for the Government provide them with certain information and documents before the hearing, all as set forth below:

## WITH REGARD TO DISCLOSURE

It is requested that the Government:

1. State the name, address and occupation of any person whom it intends to call as a witness at the hearing.

2. Set forth the substance of the facts and opinions that the Government expects each witness to testify to.

3.  Set forth the grounds for each opinion or fact that each witness is expected to testify to.

4.  Set forth what documentary or other evidence the witnesses used or relied upon to find any facts or form any opinions they have arrived at with regard to loss.

## WITH REGARD TO PRODUCTION

It is requested that the Government provide the Defendants with the following documents:

1.  Copies of all documentary or other tangible evidence relied on by said witnesses and which is a part of Interrogatory 4 above.

2.  Copies of any documents or other written evidence regarding efforts by MMCA, its agents, servants or employees to verify any information contained on the loan applications of any of the Government witnesses at trial.

Counsel for the Defendant David Brown has conferred with other counsel for the Defendants Richard Brown, Angel Hernandez and Nelson Datil and they wish to join in this Motion.

Respectfully Submitted,

THE DEFENDANT, DAVID BROWN

BY: _____
ROBERT C. MIRTO
Mirto, Ketaineck & DiCrosta, P.C.
140 Captain Thomas Blvd., P.O. Box 428
West Haven, CT 06516
Tph. #(203)932-2225
ct 00188

## CERTIFICATION

This will certify that a copy of the foregoing Defendants' Joint Motion for Disclosure and Production Filed on Behalf of David Brown, Angel Hernandez, Richard Brown and Nelson Datil was mailed postage pre-paid to The Honorable Ellen B. Burns, Judge, U.S. District Court, 141 Church Street, New Haven, CT 06510; Michael S. McGarry, Esq., Assistant U.S. Attorney, Office of the U.S. Attorney, 157 Church Street, 23rd Floor, New Haven, CT 06510; Joseph Montesi, U.S. Probation Officer, U.S. Probation Department, 157 Church Street, 22nd Floor, New Haven, CT 06510; Jonathan J. Einhorn, Esq., 412 Orange Street, New Haven, CT 06511; Kurt F. Zimmermann, Esq., Silverstein & Osach, P.C., 234 Church Street, #903, P.O. Box 1727, New Haven, CT 06507-1277; and Michael S. Hillis, Esq., Dombroski, Knapsack & Hillis, LLC, 129 Whitney Avenue, New Haven, CT 06510-1232 on this 6th day of September, 2006.

_____
ROBERT C. MIRTO