FILED

2007 JAN 25  P 12: 53

U.S. DISTRICT COURT
NEW HAVEN, CT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 3:02CR00341-EBB |
| VS. | : JUDGE ELLEN BREE BURNS |
| SHORELINE MOTORS, ET AL | : JANUARY 24, 2007 |

## MOTION FOR CONTINUATION OF SENTENCING ON BEHALF OF DAVID BROWN

The Defendant, in the above-referenced matter, hereby respectfully moves this Court for a continuation of his sentencing which is presently scheduled for February 7, 2007, to a later date for the following reasons:

1. On January 18, 2007, this Court ordered a briefing schedule by the parties with regard to the issues of amount of loss and restitution which are vital to a final disposition of this matter;

2. The original simultaneous briefs are due on February 2, 2007 and reply briefs, if needed, are due February 16, 2007;

3. After submission of briefs, the Court will need some time to deliberate on this matter and issue its opinion.

4. The Defendant will execute a Waiver of Speedy Trial in regard to this matter.

WHEREFORE, the Defendant David Brown hereby requests said continuance. It is certain that the Government would have no objection to this continuance since it is in the same position as all Defendants.

Respectfully Submitted,

THE DEFENDANT, DAVID BROWN

BY: _____
ROBERT C. MIRTO
Mirto, Ketaineck & DiCrosta, P.C.
140 Captain Thomas Blvd., P.O. Box 428
West Haven, CT 06516
Tph. #(203)932-2225
ct 00188

## CERTIFICATION

This will certify that a copy of the foregoing Motion for Continuance of Sentencing was mailed postage pre-paid to The Honorable Ellen B. Burns, Judge, U.S. District Court, 141 Church Street, New Haven, CT 06510; Michael S. McGarry, Esq., Assistant U.S. Attorney, Office of the U.S. Attorney, 157 Church Street, 23rd Floor, New Haven, CT 06510; Joseph Montesi, U.S. Probation Officer, U.S. Probation Department, 157 Church Street, 22nd Floor, New Haven, CT 06510; Jonathan J. Einhorn, Esq., 412 Orange Street, New Haven, CT 06511; Kurt F. Zimmermann,

Esq., Silverstein & Osach, P.C., 234 Church Street, #903, P.O. Box 1727, New Haven, CT 06507-1277; and Michael S. Hillis, Esq., Dombroski, Knapsack & Hillis, LLC, 129 Whitney Avenue, New Haven, CT 06510-1232 on this 24th day of January, 2007.

ROBERT C. MIRTO