UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 3:02CR00341-EBB |
| VS. | : JUDGE ELLEN BREE BURNS |
| SHORELINE MOTORS, ET AL | : JUNE 25, 2007 |

### DEFENDANT DAVID BROWN'S MOTION FOR MODIFICATION
### OF TERMS OF BOND

The Defendant David Brown in the above-referenced matter hereby moves for an order of this Court modifying his bond as set forth below and, in support thereof, avers as follows:

1. On August 9, 2005, Magistrate Margolis set the terms of the Defendant's bond requiring that he be placed in the custody of his parents Elanza Brown and Elvina Brown who presently reside in Bridgeport, Connecticut.

2. Presently, the Defendant is residing in the State of Tennessee with his wife and children and is employed there at a church in Memphis.

3. The Defendant has been reporting weekly via telephone to Meghan Nagy at the United States Probation Office in Bridgeport and there are apparently no other problems with the terms of his release.

4. This motion is filed to bring his current living conditions in conformity with the record conditions of bond and the modification set forth below will accomplish that purpose.

5. The Defendant respectfully suggests that this Court modify the conditions of bond so that the Defendant may continue to reside in the State of Tennessee so long as he is in contact weekly with the Probation Department in Connecticut and that he notify the Department of any significant changes in his living arrangements or other aspects of his life.

6. It is respectfully suggested by the Defendant that this matter be referred to Magistrate Margolis who set the original modified conditions of bond in this matter for Court action.

7. The Defendant has discussed this matter with the United States Probation Department and they have no objection to this motion.

Respectfully Submitted,

THE DEFENDANT, DAVID BROWN

BY: _____
ROBERT C. MIRTO
Mirto, Ketaineck & DiCrosta, P.C.
140 Captain Thomas Blvd., P.O. Box 428
West Haven, CT 06516
Tph. #(203)932-2225
ct 00188

## **CERTIFICATION**

This will certify that a copy of the foregoing Motion for Modification of Terms of Bond mailed postage pre-paid to The Honorable Ellen B. Burns, Judge, U.S. District Court, 141 Church Street, New Haven, CT 06510; Michael S. McGarry, Esq., Assistant U.S. Attorney, Office of the U.S. Attorney, 157 Church Street, 23rd Floor, New Haven, CT 06510; Meghan Nagy, U.S. Probation Officer, U.S. Probation Department, 915 Lafayette Boulevard, Room 200, Bridgeport, CT 06604; Jonathan J. Einhorn, Esq., 412 Orange Street, New Haven, CT 06511; Kurt F. Zimmermann, Esq., Silverstein & Osach, P.C., 234 Church Street, #903, P.O. Box 1727, New Haven, CT 06507-1277; and Michael S. Hillis, Esq., Dombroski, Knapsack & Hillis, LLC, 129 Whitney Avenue, New Haven, CT 06510-1232 on this 25th day of June, 2007.

_____
ROBERT C. MIRTO

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 3:02CR00341-EBB |
| VS. | : JUDGE ELLEN BREE BURNS |
| SHORELINE MOTORS, ET AL | : JUNE 25, 2007 |

Please take notice that Defendant, David Brown has manually filed the following document:

Motion for Modification of Terms of Bond

This document has not been filed electronically because:

[ ]   the document cannot be converted to an electronic format

[ ]   the electronic file size of the document exceeds 1.5 megabytes

[ ]   the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[ X ]   Plaintiff/Defendant is excused from filing this document by Court order.

The document has been manually served on all parties.

Respectfully submitted,

_____
ROBERT C. MIRTO, #ct 00188
140 Captain Thomas Boulevard
P.O. Box 428
West Haven, CT 06516
Telephone No.: (203)932-2225
Fax no.: (203)-934-4834
E-mail: bob@mkbd.com