UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 3:02CR00341-EBB |
| VS. | : JUDGE ELLEN BREE BURNS |
| SHORELINE MOTORS, ET AL | : AUGUST 22, 2007 |

**DEFENDANT DAVID BROWN'S MOTION FOR EVIDENTIARY DETENTION HEARING**

The Defendant David Brown hereby moves for an evidentiary detention hearing pursuant to the Federal Rules of Criminal Procedure and, in support thereof, avers as follows:

1. The Defendant was arrested in Memphis, Tennessee pursuant to a warrant issued for violation of the terms and conditions of his release and was presented before the Honorable James H. Allen, United States Magistrate Judge in the Western District of Tennessee on August 14, 2007;

2. At that hearing, the Defendant waived an identity hearing and the Court found that the Defendant David Brown was the person named in the arrest for warrant;

3. No preliminary examination was held during that court proceeding because the Defendant elected to have the preliminary examination conducted in the district in which the prosecution was pending, namely the District of Connecticut;

4. On that date, the Honorable James H. Allen entered an Order that David Brown be held to answer in the district court in which the prosecution was pending and final commitment was

given to the U.S. Marshals;

5. The Defendant is presently being held in Tennessee and it is believed that he will be transported forthwith to the District of Connecticut where a hearing regarding release and detention will be held;

6. The Defendant therefore requests that this Court schedule an evidentiary hearing regarding detention or release at the earliest possible time since the Defendant contests the allegations of the arrest warrant and has evidence to present in the District of Connecticut;

7. The present detention of the Defendant is causing an undue hardship to his extended family and it is believed that many of the allegations contained in the warrant are untrue and fabricated by persons who have other motives than the telling of the truth.

WHEREFORE, the Defendant requests that this District schedule a detention hearing immediately before a Federal Judge or Magistrate in Connecticut.

Respectfully Submitted,

THE DEFENDANT, DAVID BROWN

BY: _____
ROBERT C. MIRTO
Mirto, Ketaineck & DiCrosta, P.C.
140 Captain Thomas Blvd., P.O. Box 428
West Haven, CT 06516
Tph. #(203)932-2225
ct 00188

## CERTIFICATION

This will certify that a copy of the foregoing Motion for Evidentiary Detention Hearing was mailed postage pre-paid to The Honorable Ellen B. Burns, Judge, U.S. District Court, 141 Church Street, New Haven, CT 06510; Michael S. McGarry, Esq., Assistant U.S. Attorney, Office of the U.S. Attorney, 157 Church Street, 23rd Floor, New Haven, CT 06510; Meghan Nagy, U.S. Probation Officer, U.S. Probation Department, 915 Lafayette Boulevard, Room 200, Bridgeport, CT 06604; and Joan G. Margolis, U.S. Magistrate, U.S. District Court, 141 Church Street, New Haven, CT 06510 on this 22nd day of August, 2007.

ROBERT C. MIRTO

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO.: 3:02CR00341-EBB |
| **VS.** | : JUDGE ELLEN BREE BURNS |
| **SHORELINE MOTORS, ET AL** | : AUGUST 22, 2007 |

Please take notice that Defendant, David Brown has manually filed the following document:

Motion for Evidentiary Detention Hearing

This document has not been filed electronically because:

[ ]  the document cannot be converted to an electronic format

[ ]  the electronic file size of the document exceeds 1.5 megabytes

[ ]  the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[ X ]  Plaintiff/Defendant is excused from filing this document by Court order.

The document has been manually served on all parties.

Respectfully submitted,

———————————————
ROBERT C. MIRTO, #ct 00188
140 Captain Thomas Boulevard
P.O. Box 428
West Haven, CT 06516
Telephone No.: (203)932-2225
Fax no.: (203)-934-4834
E-mail: bob@mkbd.com