≋AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Connecticut

## EXHIBIT AND WITNESS LIST

USA

V.

Edwin Brown

Case Number: 02CR341(EBB)

FILED 2007 SEP 19 P 5:50

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| J.G. Manning | M. McCarthy | R. M. Bro CJH |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/19/07 | R. Falcone ECRO | P. Moore |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | A | 9/19/07 |  |  | Copy Transcription Report re Nearest District |
|  | B | 9/19/07 |  |  | BOT of Shelton Investigation |
|  | C |  |  |  |  |
| Govt 1 |  | 9/19/07 |  |  | Gov't Exhibit |
| ✓ |  | 9/19/07 |  |  | WITNESS LIST — Steven Nguyen    BPT CT |
| ✓ |  | 9/19/07 |  |  | Edward Brown    BPT CT |
| ✓ |  | 9/19/07 |  |  | Mrs. Brown    BPT CT |
| ✓ |  | 9/19/07 |  |  | David S Brown Sr    BPT CT Memphis Tenn |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages