AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Connecticut

USA

V.

David Brown

## EXHIBIT AND WITNESS LIST

Case Number: 3:02CR 341 (EBB)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| J.G. Mearns | M McCarey | R. Misto CJA |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/19/07 | K. Pelosi-Ecce | P. Moore |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | A | 9/19/07 | | | Copy Transcription Report for Arrest Dist Con |
| | B | 9/19/07 | | | Body of Shawn Jamison |
| | C | | | | |
| Gov't 1 | | 9/19/07 | | | Gov't Exhibit |
| | | | | | WITNESS LIST |
| | | 9/19/07 | | | Stefan Hansen    BOT CL |
| | | 9/19/07 | | | Edward Brown    BOT CL |
| | | 9/19/07 | | | Mrs Brown    BOT CL |
| | | 9/19/07 | | | David S Brown Jr    BOT CL Memphis Tenn |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages