UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 3:02CR00341-EBB |
| VS. | : JUDGE ELLEN BREE BURNS |
| SHORELINE MOTORS, ET AL | : NOVEMBER 13, 2007 |

### MOTION FOR PERMISSION TO SUBMIT INTERIM BILL REGARDING DEFENDANT DAVID BROWN

The undersigned, in the above-referenced matter, hereby requests permission of this Court to submit an interim bill in regard to this matter for services provided as a CJA Attorney for David Brown.

          Respectfully Submitted,
          THE DEFENDANT, DAVID BROWN


          BY:/s/_____
          ROBERT C. MIRTO
          Mirto, Ketaineck & DiCrosta, P.C.
          140 Captain Thomas Blvd., P.O. Box 428
          West Haven, CT 06516
          Tph. #(203)932-2225
          ct 00188

**CERTIFICATION**

This will certify that a copy of the foregoing Motion for Permission to Submit Interim Bill Regarding Defendant David Brown mailed postage pre-paid to The Honorable Ellen B. Burns, Judge, U.S. District Court, 141 Church Street, New Haven, CT 06510 on this 13th day of November, 2007.

/s/ _____
ROBERT C. MIRTO

Case 3:02-cr-00341-EBB    Document 825    Filed 11/13/2007    Page 3 of 3