Criminal (12-15-97)

HONORABLE __J.G. MARGOLIS__

DEPUTY CLERK __P. MOORE__    RPTR/ECRO/TAPE ____

TOTAL TIME: ___ hours ___ minutes    USPO __M. NAGY__    INTERPRETER ____

DATE __5/19/08__    START TIME __2:35__    END TIME __3:15__

### CRIMINAL COURTROOM MINUTES (check all boxes that apply):

- [ ] IA-INITIAL APPEARANCE
- [ ] IA-REVOCATION
- [ ] IA-RULE 5
- [ ] ARRAIGNMENT
- [x] BOND HEARING _Bail Rev etc_
- [ ] DETENTION HEARING
- [ ] PROBABLE CAUSE HRG
- [ ] CONFLICT HEARING
- [ ] CHANGE OF PLEA HRG
- [ ] WAIVER/PLEA HEARING
- [ ] EXTRADITION HEARING
- [ ] EVIDENTIARY HEARING
- [ ] IN CAMERA HEARING
- [ ] COMPETENCY HEARING
- [ ] FORFEITURE HRG
- [ ] MISCELLANEOUS HRG
- [ ] STATUS CONFERENCE

CR # __02CR341(EBB)__    DEFT # __5__

UNITED STATES OF AMERICA
vs
__David Brown__

__M. McGarry__, AUSA

__R. Mirto__ C
Counsel for Defendant Ret-(R), CJA-(C), PDA-(P)

- [ ] Deft failed to appear. Oral Motion for issuance of Warrant - [ ] Granted [ ] Denied [ ] Bond FORFEITED
- [ ] Arrest date (CT case): ____ [ ] case unsealed; or [ ] Rule 5 arrest, District of ____
- [ ] CJA 23 Financial Affidavit filed [ ] under seal
- [ ] Order appointing Federal Public Defender's Office filed
- [ ] Court appoints Atty. ____ to represent deft for [ ] this proceeding only [ ] all proceedings
- [ ] Appearance of ____ filed
- [ ] Complaint filed [ ] Sealed Complaint filed [ ] Affidavit of ____ filed
- [ ] Information/Misdemeanor filed [ ] Sealed Information filed
- [ ] Waiver of Indictment (case opening) filed [ ] Felony Information filed
- [ ] Waiver of Indictment (mid case) filed [ ] Superseding Information filed
- [ ] Plea Agreement Letter filed [ ] under seal; [ ] Special Assessment of $100.00/$50.00/$25.00 to be paid immediately
- [ ] Counts ____ of the ____ (indictment, superseding indictment, information, etc.)
- [ ] Plea of [ ] not guilty [ ] guilty [ ] nolo contendere
- [ ] Petition to Enter Guilty Plea filed
- [ ] Deft motions due ____; Govt. responses due ____
- [ ] Scheduling Order [ ] filed [ ] to be filed [ ] Sentencing Scheduling Order
- [ ] Hearing on Pending Motions scheduled for ____ at ____
- [ ] Jury Selection set for ____ at ____
- [ ] Remaining count(s) to be dismissed at sentencing
- [ ] Sentencing set for ____ at ____
- [ ] Govt's Motion for Pretrial Detention filed [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] Govt's oral Motion for Pretrial Detention [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] Order of Detention filed
- [ ] Deft ordered removed/committed to originating/another District of ____
- [ ] No bond set at this time, Order of Temporary Detention Pending Hearing [ ] filed [ ] to be filed
- [ ] Waiver of Rule 5 Hearing filed
- [ ] Govt's Motion for waiver of 10-day notice [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] Bond [ ] set at $ ____ [ ] reduced to $ ____ [ ] Non-surety [ ] Surety [ ] PR
- [ ] Bond [ ] revoked [ ] reinstated [ ] continued [ ] modified
- [ ] Defendant detained
- [ ] Hearing [ ] waived [ ] set for ____ [ ] continued until ____
- [ ] Set Attorney Flag

[x] SEE reverse for [ ] conditions of bond [x] additional proceedings

## CONDITIONS OF BOND

☐ . . . . . Travel restricted to Connecticut or extended to _____ upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ . . . . . Deft must reside at _____

☐ . . . . . Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion

☐ . . . . . Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ must not apply for a passport.

☐ . . . . . Deft must refrain from the possession of firearms or dangerous weapons.

☐ . . . . . Deft must maintain employment or actively seek employment.

☐ . . . . . Deft must refrain from any use or unlawful possession, or distribution of a narcotic drug.

☐ . . . . . As set forth in the Order Setting Conditions of Release.

☐ . . . . . _____

## ADDITIONAL PROCEEDINGS

☐ Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☒ . . . . # 834 Deft _____ motion _____ ☒ granted ☐ denied ☐ advisement
☐ . . . . # ___ Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
☐ . . . . # ___ Govt's motion _____ ☐ granted ☐ denied ☐ advisement
☐ . . . . # ___ Govt's motion _____ ☐ granted ☐ denied ☐ advisement
☐ . . . . . _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ . . . . . _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ . . . . . _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ . . . . . _____ ☐ filed ☐ granted ☐ denied ☐ advisement