min 2

(12-15-07)

TOTAL TIME: ___ hours **15** minutes        DEPUTY CLERK **Kodko**    HONORABLE **J. Margolis**
                                                                    RPTR/ECRO/**TAPE**
                                            USPO **W. Duran**       INTERPRETER ———

DATE **9/5/08**    START TIME **3:45**    END TIME **4:00**

### CRIMINAL COURTROOM MINUTES (check all boxes that apply):

- [ ] IA-INITIAL APPEARANCE
- [ ] IA-REVOCATION
- [ ] IA-RULE 5
- [ ] ARRAIGNMENT
- [X] BOND HEARING **Bail Review**
- [ ] DETENTION HEARING
- [ ] PROBABLE CAUSE HRG
- [ ] CONFLICT HEARING
- [ ] CHANGE OF PLEA HRG
- [ ] WAIVER/PLEA HEARING
- [ ] EXTRADITION HEARING
- [ ] EVIDENTIARY HEARING
- [ ] IN CAMERA HEARING
- [ ] COMPETENCY HEARING
- [ ] FORFEITURE HRG
- [ ] MISCELLANEOUS HRG
- [ ] STATUS CONFERENCE

CR # **02cr341(EBB)** DEFT # **5**

UNITED STATES OF AMERICA
vs
**David Brown**

**Michael McGarry**, AUSA
**Robert Mirto**, Counsel for Defendant Ret-(R), CJA-(C), PDA-(P) [C]

- [ ] Deft failed to appear. Oral Motion for issuance of Warrant - [ ] Granted [ ] Denied [ ] Bond FORFEITED
- [ ] Arrest date (CT case): ____ [ ] case unsealed; or [ ] Rule 5 arrest, District of ____
- [ ] CJA 23 Financial Affidavit filed [ ] under seal
- [ ] Order appointing Federal Public Defender's Office filed
- [ ] Court appoints Atty. ____ to represent deft for [ ] this proceeding only [ ] all proceedings
- [ ] Appearance of ____ filed
- [ ] Complaint filed [ ] Sealed Complaint filed [ ] Affidavit of ____ filed
- [ ] Information/Misdemeanor filed [ ] Sealed Information filed
- [ ] Waiver of Indictment (case opening) filed [ ] Felony Information filed
- [ ] Waiver of Indictment (mid case) filed [ ] Superseding Information filed
- [ ] Plea Agreement Letter filed [ ] under seal; [ ] Special Assessment of $100.00/$50.00/$25.00 to be paid immediately
- [ ] Counts ____ of the ____ (indictment, superseding indictment, information, etc.)
- [ ] Plea of [ ] not guilty [ ] guilty [ ] nolo contendere
- [ ] Petition to Enter Guilty Plea filed
- [ ] Deft motions due ____; Govt. responses due ____
- [ ] Scheduling Order [ ] filed [ ] to be filed [ ] Sentencing Scheduling Order
- [ ] Hearing on Pending Motions scheduled for ____ at ____
- [ ] Jury Selection set for ____ at ____
- [ ] Remaining count(s) to be dismissed at sentencing
- [ ] Sentencing set for ____ at ____
- [ ] Govt's Motion for Pretrial Detention filed [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] Govt's oral Motion for Pretrial Detention [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] Order of Detention filed
- [ ] Deft ordered removed/committed to originating/another District of ____
- [ ] No bond set at this time, Order of Temporary Detention Pending Hearing [ ] filed [ ] to be filed
- [ ] Waiver of Rule 5 Hearing filed
- [ ] Govt's Motion for waiver of 10-day notice [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] Bond [ ] set at $ ____ [ ] reduced to $ ____ [ ] Non-surety [ ] Surety [ ] PR
- [X] Bond [ ] revoked [ ] reinstated [X] continued [X] modified
- [ ] Defendant detained
- [ ] Hearing [ ] waived [ ] set for ____ [ ] continued until ____
- [ ] Set Attorney Flag

SEE reverse for [ ] conditions of bond [ ] additional proceedings